

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00766-CR

Anthony **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0527
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on February 10, 2014. *See* TEX. R. APP. P. 38.6(a). On February 21, 2014, Appellant filed a first motion for extension of time to file the brief until March 12, 2014, for an extension of thirty days.

Appellant's motion is GRANTED. Appellant must file the brief by March 12, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court